## People of the State of Illinois, Plaintiff-Appellee, v. Charles Wade, Defendant-Appellant.

### Gen. No. 49,953

First District, Second Division.

September 28, 1965.

Rehearing denied October 19, 1965.

Roy E. Hofer and Robert P. Cummins, of Chicago, for
appellant; Daniel P. Ward, State's Attorney of Cook County, of
Chicago (Elmer C. Kissane and Joseph A. Malek, Assistant State's
Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE.
Not to be published in full.